# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CROSETTI BRAND, #M02369, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 22-cv-01463-SMY |
| ) | |
| DEREK CLELAND, ) | |
| WILLIAM LAWLESS, ) | |
| BOBBIE JOHNSON, ) | |
| TIMOTHY CORN, ) | |
| ERIC WANGLER, ) | |
| JOHN DOE 1, and ) | |
| DAVID MITCHELL, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED** without prejudice, the parties to bear their own costs.

**DATED**: February 14, 2025

                                                      MONICA A. STUMP
                                                      CLERK of COURT

                                                      By: _s/ Megan Moyers,_
                                                              Deputy Clerk

APPROVED: _s/ Staci M. Yandle_
                     Staci M. Yandle
                     United States District Judge